IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CEBRON SPRAYBERRY, JR., )<br>)<br>    Petitioner, )<br>)<br>v.                 )<br>)<br>GWENDOLYN MOSLEY, Warden, )<br>and TROY KING, Attorney )<br>General of the State of )<br>Alabama, )<br>)<br>    Respondents. ) | CIVIL ACTION NO.<br>2:06cv1056-MHT<br>(WO) |

OPINION

Pursuant to 28 U.S.C.A. § 2241, petitioner, a state inmate, filed this lawsuit seeking habeas relief. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that petitioner's writ petition be denied because he has failed to exhaust state remedies. Also before the court are petitioner's objections to the recommendation. After an independent and de novo review of the record, the court concludes

that petitioner's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 6th day of March, 2007.

                          /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE